UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY G. DORAN,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Case No. C16-1326RSL<br><br>ORDER DENYING PETITIONER'S MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on petitioner's motion for summary judgment on the grounds that the government's response to petitioner's motion under 28 U.S.C. § 2255 was untimely. Dkt. # 9. The government opposes summary judgment, pointing out that it filed its response by the extended deadline of October 24, 2016. See Dkt. ## 6, 7, 8, 10. Finding that the government's response was indeed timely, the Court DENIES petitioner's motion.

SO ORDERED this 9th day of December, 2016.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING PETITIONER'S
MOTION FOR SUMMARY JUDGMENT - 1